October 1, 2007

Honorable Hector Laffite
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
CLEMENTE RUIZ-NAZARIO U.S. COURTHOUSE
& FEDERICO DEGETAU FEDERAL BUILDING
150 CARLOS CHARDON STREET
HATO REY, P.R. 00918

RECEIVED & FILED
2007 OCT 29 PM 4: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**VIA U.S. MAIL**

RE:   ALICIA RENE HOLLINS - Docket # 98-305-2 (HL)
      **Request for Termination of Supervised Release**

Dear Judge Laffite:

My name is Alicia Rene Hollins; I was sentenced on September 2, 1999 to 63 months. I was released from prison on November 1, 2003 to a supervised release program. I have adhered to the standard and additional conditions issued by the court. These conditions included random urinalysis and DNA collection.

I am not delusional in regards to the consequences I had to endure because of my past mistakes. I will admit many days have not been easy. Nevertheless, my faith in God, respect for the law, love for my family and commitment to freedom, have not, and will never again be compromised. I have learned to cope with the offerings of each day by maintaining a positive attitude and staying focused while obtaining my goals and giving back to the community. I am the Founder and Director of THE EIGHT, www.theeightfoundation.org, a non-profit organization located in La Quinta, California. Our mission is to provide new opportunities for self-sufficiency for at-risk individuals. The City of Palm Springs, California recently presented THE EIGHT a Certificate of Recognition for "Families On The Frontline" programs.

Additionally, I have completed several adult continuation courses, including the Real Estate Principles course and passed the California Real Estate Exam on the first testing attempt. I received numerous letters of recommendations, support and requests for my attendance to share my testimony and to empower youth and adults.

My mother, who traveled to and from Puerto Rico during my bond hearing, my trial and sentencing, now lives with me. My mother suffers with Organic Heart Disease, Stage III Hypertension, and Blindness in her Right Eye and Schizoaffective disorder bipolar type. Her day to day demands-- in relation to her overall livelihood requires me to seek much flexibility with my schedule.

The re-entry process four years ago was somewhat apprehensive at times. Supervised Released initially offered a "safety net" for those times when I needed guidance and encouragement. However, my remaining on supervised released status is beginning to daunt my goals for the future.

Living a "rehabilitated" life, giving back to the community while staying out of trouble, compelled the California Department of Real Estate Deputy Commissioner to recommend I receive a "Restricted Real Estate Sales License." Unfortunately, they were surprised to discover that I am still under supervised release and therefore, they are currently unable to issue me a restricted license at this time. Upon suggestion by the real estate counsel, I have submitted a request for a "Reconsideration Hearing." My only defense to the judge would be that I am no longer on supervised release, which would be an asset in the reconsideration process. The hearing is expected to take place on January 9, 2008. One of the key components of THE EIGHT programming is affordable housing. My receiving a Real Estate license will *effectively* support the long-term goals of the organization and allow me a *respected* and *successful* career while contributing to the *restoration* and economic growth of our communities.

Because of the love and support of my family, church and community, I have adjusted very well to my freedom and newly found God-given path.

With all of this in mind, I am asking that the court please accept this letter as a Motion to terminate the remainder of the assigned probation.

RE: ALICIA RENE HOLLINS - Docket # 98-305-2 (HL)
**Request for Termination of Supervised Release (continued)**

Sincerely,

*[signature]*

Alicia Rene Hollins
48115 Via Hermosa
La Quinta, CA 92253

Enc: Documents, Awards, Certificates and Letters of Recommendation

Erica Jackson
U.S. Probation Officer
U.S. DISTRICT COURT
CENTRAL DISTRICT OF CA.
One La Brea Plaza
111 N. La Brea Ave, Suite 209
Inglewood, CA 90301

U.S. PROBATION AND PRETRIAL OFFICE
Federico Degetau Federal Building
150 Carlos Chardon Street,
Office 400
San Juan, PR 00918-1741