# Desert Christian News

**The Desert Communities' Christian Newspaper**     Vol. 4 • No. 4 • November 2007

## LOCAL PASTOR AND CHARITY RECENTLY HONORED BY PALM SPRINGS MAYOR

PALM SPRINGS—Dr. Robert C. Sneed, Pastor of Rebirth Temple of Faith and Alicia Hollins, Director of THE EIGHT Foundation were recently honored with a Certificate of Recognition from the City of Palm Springs.

"It is an honor to recognize Families On The Frontline (FOTF) on behalf of the citizens of the City of Palm Springs for the tremendous work they do through their programs that are positively contributing to the health and wellbeing of families in our community," says Mayor Ron Oden presenter and keynote speaker of the event. The Mayor also added, "Families On The Frontline-ArkAlmighty Acts-of-Kindness provides a positive influence to families and individuals in the Coachella Valley." Other guest speakers included Lanita Tademy,



*Above: Dr. Robert C. Sneed, Mayor Ron Oden & Alicia Hollins*

Project B.L.I.S.S. and surprise acknowledgement from Bishop Noel Jones, Noel Jones Ministries.

"Families on the Frontline programs combined with ArkAlmighty "Acts-of-Kindness" offer the opportunity to show sincere Love without measure, replace negative experiences with positive experiences, opens the door for families who are in lack to feel more comfortable to ask for help due to our less intimidating, non-discriminating settings. Partnerships will play a valuable role in the long-term success of Families On The Frontline programs in the Coachella Valley." says Dr. Robert C. Sneed.

Alicia Hollins, adds, "There are so many wounded people out there pleading to be restored. Each second, some one that may very well be the "defining moment" which may affect their future and others around them makes a choice. FOTF assist individuals through a holistic foundation, to achieve sustenance in all areas of their lives. FOTF embraces individuals as "family" not like a traditional agency. In the past year, we have serviced over 2,750 individuals without grants or government funding."

For more information about these programs call 444-0548 or visit www.rebirthtempleoffaith.org.

## DESERT CHRISTIAN NEWS LAUNCHES NEW TV STUDIO

By Alisa Lea Gossage

*Now it is required that those who have been given a trust must prove faithful. 1 Corinthians 4:2*

PALM DESERT—The Desert Christian News (DCN) publishers, staff and volunteers have worked faithfully over the past 3 ½ years to provide the Coachella Valley with uplifting Christian news and information via newspaper, radio and television. In response to their faithful stewardship, God has proved His own faithfulness through His Holy provision. Recently, the Lord provided a studio for the Desert Christian News Television program. "We have been praying . . . about funding to rent (and build a studio)," Susan Miller explains. God answered the DCN team's prayers by moving in the hearts of local Christians. "About three months ago someone came forward and volunteered to rent the space for us," Susan said.

Located off Highway 10 at Golf Center Parkway in Indio, the 2500 square foot studio will provide a convenient central location to produce the weekly DCN television program. For the past year, DCN has rented a local hotel ballroom each month and filmed several episodes at one time. "(Having our own) facility will enable us to shoot shows weekly instead of trying to film and edit several shows at one time. Plus it gives us more flexibility to work with guests' schedules," Susan said.

Also, having their own television studio means that DCN can now move forward and launch Desert Christian Productions. Desert Christian Productions will be a separate production division of the DCN whose sole purpose will be to provide media resources to local, small nonprofit ministries and churches. "When we started Desert Christian News TV our goal was to focus on the positive things happening in the local Christian community. It has been wonderful. And we have met so many gifted and talented folks that have an interest in producing weekly Christian television programming, but they don't have the knowledge, staff or finances to produce their own programs. In addition to filming Desert Christian News TV at the new studio, we hope to utilize the facility . . . to help produce local Christian programming that can 'fill the airwaves with the Good News.'" The possibilities are endless. Desert Christian Productions will open a whole new world for Coachella Valley Christian programming.

*CONTINUED*
*See DCN Studio, Page 14*

Verse Of The Month
*Psalm 48:1*
" "
.

## IN THIS ISSUE...

Page 2 – Joy of Thanksgiving...
Page 3 – Local Ministries
Page 4 – Operation Drumstick

Page 5 – Marriage
Page 7 – Holiday Celebrations
Page 8 – Community Calendar
Page 12 – National News

Page 13 – Big Rocks
Page 14 – Business Directory
Page 17 – Church Directory
Page 19 – Marketplace Christians

# Certificate of Recognition

## City of Palm Springs
### CALIFORNIA

Society has undergone dramatic social, demographic and economic changes in this century that have deeply affected youth and their families in this country. Families are critical in the physical and social development of children and we know that when families falter, children suffer.

Rebirth Temple of Faith and THE EIGHT have joined forces to work toward restoring Coachella Valley families and assist young adults and at-risk individuals with a holistic approach to achieve and retain success in all areas of their lives through "**Families on the Frontline.**" Their programs work to transform infamy into community through service and the arts.

"Families on the Frontline" provides programs that are a conduit to self-sufficiency and desires to become a leading model of healthy, strong families and individuals by developing a community of charity, inspiration, sanctuary, diplomacy and prosperity. Their programs have proven effective through directing attention and resources to meet the needs of the family and individuals.

"Families on the Frontline-Ark Almighty Acts-Of- Kindness" provides a positive influence to families and individuals in the Coachella Valley.

On-going education, life management skills, resources, and support for young adults, their families and individuals, are necessary for a holistic quality of life; and

On behalf of the citizens of the City of Palm Springs, California, it is an honor to recognize:

### FAMILIES ON THE FRONTLINE

for the tremendous work they do through their programs that are positively contributing to the health and wellbeing of families in our community.

Presented this 14th day of October 2007

Ron Oden

**Mayor**

# Press Release

For Immediate Release 10:00 PST
September 14, 2007

# Families On The Frontline (FOTF) Act of Kindness
## Over 2000 New Pairs of Jeans, Pants, Tops and Vests

### Distributed To Women in the Coachella Valley

PALM SPRINGS, CA – September 14, 2007 – Families On The Frontline (FOTF) today announced the success of September 1 Families On The Frontline (FOTF) Act-of-Kindness Give-away. Women lined up early to receive the large gift bag filled with new clothes between the hours of 4-6pm at the Rebirth Temple of Faith located at 1243 Gene Autry Trail, Suite # 115, Palm Springs, CA 92262. Cars and vans were also loaded up and women's separates were distributed to women's shelters in Palm Springs. Over 2000 pieces of women's separates were distributed throughout the Coachella Valley by the end of the day.

**FOTF ZIP CODE DISTRIBUTION-SEPT 1 ACT-OF-KINDNESS**

| 92262 | 92234 | 92201 | 92240 | 92270 | 92264 | 92220 | 92260 | 92255 |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 51% | 18% | 14% | 7% | 3% | 3% | 2% | 1% | 1% |

"Acts-of-Kindness" with no strings attached offers the opportunity to show sincere Love without measure and opens the door for families who are in lack to feel more comfortable to ask for help due to our less intimidating, non-discriminating settings. We are so blessed to have the collaboration of THE EIGHT and the support of Mayor Ron Oden, and corporations and merchants who respond to our requests. Partnerships will play a valuable role in the long-term success of Families On The Frontline programs in the Coachella Valley." Says Dr. Robert C. Sneed, Overseer of Rebirth Temple of Faith and Co-Chair of Families On The Frontline programs. Alicia Hollins, Director of THE EIGHT adds, "There are so many emotionally wounded people out there who lack "trust", which need to be restored. We begin by replacing negative experiences with positive experiences and assist individuals through a holistic foundation, to achieve sustenance in all areas of their lives. FOTF Acts-of-

FOR IMMEDIATE RELEASE 10:00 PST
September 14, 2007

Kindness is just one way FOTF will continue to stay connected to families in the Coachella Valley." FOTF embraces individuals as "family" not like a traditional agency. People are now letting down their guards because they see us out there doing what we can to help. We sincerely want to make "the" difference in their lives first by listening then by restoring. We are currently seeking financial support for FOTF programs and funding will come. Until then we will continue our grass roots approach because today's issues need to be addressed TODAY each second a choice is made by some one that may very well be the "defining moment" which may effect their future and others around them."

## ABOUT FAMILIES ON THE FRONTLINE

THE EIGHT will collaborate with the Rebirth Temple of Faith-Dr. Robert C. Sneed, Overseer, to provide Families On The Frontline programs. FOTF provides educational opportunities that build on protective factors such as social competencies, decision-making, communication skills, and interpersonal relationships.  These resources are designed to meet the needs of the family and individuals throughout the life cycle- prenatal to elderly.  The purpose is to address crime prevention, unemployment, broken families, and community welfare challenges in the Coachella Valley.

For more information on Families On The Frontline events, please call (760) 444-0585.

Or visit www.rebirthtempleoffaith.org  and  www.theeightfoundation.org

#########

All product and company names herein may be trademarks of their respective owners.

Contact information (press members only):
Alicia Hollins
THE EIGHT
760-444-0548
**The8foundation@verizon.net**

September 14, 2007
Proprietary and Confidential

**Internal Revenue Service**

Date:  June 29, 2007

THE EIGHT
% ALICIA R HOLLINS
48115 VIA HERMOSA
LA QUINTA          CA 92253-2242 153

**Department of the Treasury**
**P. O. Box 2508**
**Cincinnati, OH 45201**

**Person to Contact:**
    Mrs. Coghill 31-07426
    Customer Service Specialist
**Toll Free Telephone Number:**
    877-829-5500
**Federal Identification Number:**
    65-1272843
**Advance Ruling Period Ends:**
    June 30, 2010

Dear Sir or Madam:

This is in response to your request of June 29, 2007, regarding your organization's tax-exempt status.

In September 2006 we issued a determination letter that recognized your organization as exempt from federal income tax. Our records indicate that your organization is currently exempt under section 501(c)(3) of the Internal Revenue Code.

Our records indicate that your organization is also classified as a public charity under sections 509(a)(1) and 170(b)(1)(A)(vi) of the Internal Revenue Code until the Advance Ruling Period Ending date indicated in the header above.

Within 90 days from the end of the advance ruling period, your organization must submit to us information needed to determine whether it has met the requirements of the applicable support test during the advance ruling period. This information is currently supplied on the Form 8734, *Support Schedule for Advance Ruling Period.*

Contributions to your organization are deductible under section 170 of the Code. Grantors and contributors may rely on the determination that your organization is not a private foundation until 90 days after the end of its advance ruling period. If the organization submits the required information within 90 days, grantors and contributors may continue to rely on the advance determination until the Service makes a final determination of your organization's foundation status.

If you have any questions, please call us at the telephone number shown in the heading of this letter.

Sincerely,

Michele M. Sullivan

Michele M. Sullivan, Oper. Mgr.
Accounts Management Operations 1

DEPARTMENT OF REAL ESTATE

STATE OF CALIFORNIA

In the Matter of the Application of )     No. H-**34236 LA**
                                     )
     **ALICIA RENE HOLLINS,**        )
                                     )     **REQUEST FOR**
                                     )     **SETTING**
                    Respondent(s)    )
―――――――――――――――――――――――――――――――――――― )

The Office of Administrative Hearings is requested to set the
above-entitled proceedings for hearing.

1.   Estimated time necessary for hearing: **1 HOUR**

2.   Counsel making this request states that the cause is at
issue.  No amended or supplemental pleadings are to be filed and
counsel knows of no reason why the cause should not be tried as
soon as the calendar will permit.

3.   **PLEASE NOTE THE FOLLOWING REQUEST REGARDING DATE AND/OR TIME:**


   **PURSUANT TO SECTION 487, BUSINESS AND PROFESSIONS CODE, HEARING
         MUST BE HELD BY JANUARY 9, 2008.**


4.   The names, addresses and telephone numbers of parties –
respondents and their attorneys, if appearing by attorney, are as
follows:

*cc: ✓* Alicia Rene Hollins
48115 Via Hermosa
La Quinta, CA  92253
(760) 771-1902


Dated:  October 16, 2007                    _____
                                            Shari Sveningson
                                            Counsel, Department of
                                            Real Estate

## BEFORE THE DEPARTMENT OF REAL ESTATE
## STATE OF CALIFORNIA

*In the Matter of the Application of*

ALICIA RENE HOLLINS,

}

Case No.    H-34236 LA

_____

*Respondent*

### STATEMENT TO RESPONDENT

A Statement of Issues filed with the Department of Real Estate (DRE) in which you are named as respondent is enclosed.

The Statement of Issues is not evidence and cannot be used as evidence against you. However, you have the burden, at an adjudicative proceeding held in accordance with the provisions of Chapter 5 of Title 2, Division 3, Part 1 of the Government Code (Section 11500, et seq.), of establishing that you are entitled to the license or other action which you are seeking. Unless a written request for hearing signed by you or on your behalf is delivered or mailed to DRE within fifteen (15) days after the date of mailing or personal service of the Statement of Issues upon you, you will have waived your right to a hearing and DRE may deny your application without further notice to you and without a hearing. You may obtain a copy of the procedure governing the hearing by contacting the DRE counsel at the address and telephone number listed below.

You may request a hearing by signing the enclosed "Notice of Defense" and delivering or mailing it to: Department of Real Estate, Legal Section, 320 W. 4th Street, Suite 350, Los Angeles, California 90013-1105. If signed and timely filed with DRE, the Notice of Defense will constitute a specific denial of all allegations of the Statement of Issues.

To fully protect your rights, you should file a signed Notice of Defense with DRE.

***You may, but need not, be represented by counsel at any or all stages of these proceedings.***

We have also enclosed copies of Government Code Sections 11507.5, 11507.6 and 11507.7. These sections relate to the subject of discovery of evidence or information which may lead to evidence. If you desire the names and addresses of witnesses or an opportunity to inspect and copy any of the items mentioned in Section 11507.6 which are in the possession, custody or control of DRE, you may contact: **SHARI SVENINGSON, Counsel, (213) 576-6907.**

If a signed Notice of Defense is filed by you or on your behalf within the time permitted, DRE will schedule a hearing and will advise you of the time and place of hearing.

A hearing that has been scheduled may be postponed for good cause. If you desire a postponement for what you believe is good cause, you must notify the Office of Administrative Hearings within ten (10) working days after you discover or should have discovered the good cause. Failure to notify the Office of Administrative Hearings within ten (10) days may deprive you of a postponement even if you are able to demonstrate good cause.

The hearing shall be conducted in the English language. If you want to offer the testimony of any witness who is not proficient in speaking or understanding English, you must provide your own interpreter at your own cost. The interpreter must be certified in accordance with the provisions of Sections 11435.30 and 11435.55 of the Government Code.

DEPARTMENT OF REAL ESTATE

*Dated:* August 27, 2007

*By* Shari Sveningson

SHARI SVENINGSON, Counsel

Spoke w/ ↗ 9/25
She put in Recommendation for Restricted Licence
9/28 - She Informed me
request denied due to my remain on probation
Mailed Request
Sign 29, 2007

RE 504 (Rev. 3/99)

## BEFORE THE
## DEPARTMENT OF REAL ESTATE
## STATE OF CALIFORNIA

*In the Matter of the Application of*

ALICIA RENE HOLLINS,

}

Case No.    H–34236 LA

_____
    *Respondent(s)*

### NOTICE OF DEFENSE ON APPLICATION

I, a respondent in this proceeding, acknowledge receipt of a copy of the Statement of Issues, Statement to Respondent, and Discovery Provisions (Administrative Procedure Act).

I request a hearing in this proceeding to establish my qualifications for the license or other entitlement for which I have applied.

The mailing address to which all further pleadings, notices and orders are to be sent is *(please print or type)*:

| NAME OF RESPONDENT | | | | |
|---|---|---|---|---|
| *Alicia Rene Hollins* | | | | |
| STREET ADDRESS OR BOX NUMBER | | | | |
| *48115 Via Hermosa* | | | | |
| CITY *La Quinta* | STATE *CA* | ZIP CODE *92253* | TELEPHONE NUMBER *760-771-1902* *310-256-1274 (cell)* | |

☒ I do not intend to be represented by an attorney.

☐ I do intend to be represented but do not have an attorney at this time.

☐ I do intend to be represented by an attorney whose name, address and telephone number are:

| NAME OF ATTORNEY | | | |
|---|---|---|---|
| MAILING ADDRESS | | | |
| CITY | STATE | ZIP CODE | TELEPHONE NUMBER |

Dated: *Sept 28, 2007*        By *Alicia R Hollins*
                                        *Signature of Respondent or Attorney*

RE 502 (Rev. 12/90)

SHARI SVENINGSON, Counsel (SBN 195298)
Department of Real Estate
320 West 4th Street, Suite 350
Los Angeles, California 90013-1105

FILED
AUG 2 7 2007
DEPARTMENT OF REAL ESTATE

Telephone:(213) 576-6982
(Direct)   (213) 576-6907

BEFORE THE DEPARTMENT OF REAL ESTATE

STATE OF CALIFORNIA

* * *

In the Matter of the Application of          )        NO. H-34236 LA
                                             )
    ALICIA RENE HOLLINS,                     )
                                             )        STATEMENT OF ISSUES
                                             )
                        Respondent.          )
                                             )

The Complainant, Maria Suarez, a Deputy Real Estate

Commissioner of the State of California, for cause of Statement

of Issues against ALICIA RENE HOLLINS, ("Respondent"), is

informed and alleges as follows:

1.

The Complainant, Maria Suarez, a Deputy Real Estate

Commissioner of the State of California, makes this Statement of

Issues against Respondent in her official capacity.

2.

Respondent made application to the Department of Real

Estate of the State of California for a real estate salesperson

license on or about March 17, 2006, with the knowledge and

- 1 -

1   understanding that any license issued as a result of said

2   application would be subject to the conditions of Business and

3   Professions Code ("Code") Section 10153.4.

4                    (CRIMINAL CONVICTIONS)

5                           3.

6          On or about January 26, 1988, in the East Boston

7   Court, State of Massachusetts, in Case no. 8805-CR-0203,

8   Respondent was convicted of violating Massachusetts Criminal

9   Code 266, section 37 (Larceny by Check), a misdemeanor.  The

10  underlying facts of this criminal conviction involve moral

11  turpitude, which bear a substantial relationship under Title 10,

12  Chapter 6, Section 2910, California Code of Regulations, to the

13  qualifications, functions or duties of a real estate licensee.

14                          4.

15

16         On or about September 2, 1999, in the United States

17  District Court Judicial District of Puerto Rico, in Case no. 98-

18  305-2, Respondent was convicted of violating Title 21 U.S.C.

19  841(a)(1)(Sell, Distribute or Dispense Narcotics) and section

20  952(a)(Import Narcotics), both of which are felonies. The

21  underlying facts of these criminal convictions involve moral

22  turpitude, which bear a substantial relationship under Title 10,

23  Chapter 6, Section 2910, California Code of Regulations, to the

24  qualifications, functions or duties of a real estate licensee.

25                          5.

26         The crimes of which Respondent was convicted, as

27  alleged herein above in Paragraphs 3 and 4 constitute cause for

                          - 2 -

1   denial of Respondent's application for a real estate license

2   under Business and Professions Code Sections 475(a)(2);

3   480(a)(1); and/or 10177(b).

4        The Statement of Issues is brought under the

5   provisions of Section 10100, Division 4 of the Business and

6   Professions Code of the State of California and Sections 11500

7   and 11529 of the Government Code.

8

9        WHEREFORE, Complainant prays that the above entitled

10  matter be set for hearing and, upon proof of the charges

11  contained herein, that the Commissioner refuse to authorize the

12  issuance of, and deny the issuance of, a real estate salesperson

13  license to Respondent, ALICIA RENE HOLLINS, and for such other

14  and further relief as may be proper in the premises.

15

16  Dated at Los Angeles, California

17  This 23rd day of August, 2007.

18

19

20

21  _____
    Maria Suarez

22  Deputy Real Estate Commissioner

23

24

25

26  Cc:  ALICIA RENE HOLLINS
         Full Circle Funding, Inc.

27       Maria Suarez
         Sacto.

- 3 -

California Home

# Welcome to California

DRE Home

Contact Us

What's new

About DRE

Careers at DRE

DRE Records

Consumers

Escrow Violations

eLicensing

Examinees

Licensees

Subdivisions

Real Estate Law

Regulations

Publications

Forms

FAQs

Links

Index



## Department of Real Estate

search

⦿ My CA

### Examination Records - Alicia R Hollins (Exam ID: 1645022)

This is your examination record. If you submitted an examination request by fax, mail or in person that does not appear below, make sure you have allowed sufficient time for processing. See Application Processing Timeframes for further information.
Click on 'See details' for more options and/or to request a duplicate notice.

| | Exam Date | Exam Begin Time | Exam Status | Exam Type |
|---|---|---|---|---|
| See Details | 04/05/2005 | 08:00 AM | Pass | Sales |

**NOTE:** You passed the Salesperson examination on April 5, 2005.
You have one year from the date you passed the examination to apply for a license. No Salesperson examination scheduling options are available to you at this time.
Click on 'See details' for more information.

| Change Examinee Mailing Address | Back to Main Menu | How Do I... | Refresh |

Back to Top of Page
Conditions of Use | Privacy Policy | Tech Problems
2003 State of California.

**PREMIER SCHOOLS, INC.**
11600 W. Olympic Boulevard
Los Angeles, CA 90064

**(310) 312-8867**

# STATUTORY COURSE
# COMPLETION CERTIFICATE

**Student's Name:** ALICIA HOLLINS

**Address:** 206 E 106TH ST

LOS ANGELES, CA  90003

**Course Title:** Real Estate Principles

Record of Course Completed:

| Registration Date | R/C | Approval Number | Date Started | Course Hours | Final Grade | Date Final Exam Passed |
|---|---|---|---|---|---|---|
| 01/26/2005 | C | 1654-97 | | 45 | A | 02/17/2005 |

## SCHOOL CERTIFICATION

I hereby certify that this certificate reflects the permanent record of the named student.

_____                    02/17/2005
Signature of School Official                                          Date

Michael R. Proulx                                        Administrator
Printed Name of School Official                          Title

## Student Information

This certificate contains the minimum information needed when applying for the California
Real Estate Broker or Salesperson license examination.  The letter "C" indicates a home-study
course.  A score of 60% or better is required for credit.




# Interagency Gang Task Force
## County of Los Angeles

November 9, 2005

**VIA EMAIL**

On behalf of the Los Angeles County Interagency Gang Task Force it is my pleasure to extend this invitation for you to attend our upcoming December meeting where you will be honored for your contribution to our Ex-Offender Job, Resource and Health Fairs. Please note the following:

**Wednesday, December 7, 2005**
**Los Angeles County Kenneth Hahn Hall of Administration**
**500 West Temple Street, Room 739**
**Los Angeles**

**Lunch will be served at 11:30 a.m.**
**and the meeting will begin at 12 Noon.**

Please call our CCJCC Office at (213) 974-8398 to RSVP and for parking arrangements, which will be made available in the Music Center Parking Lot 14 the entrance is on Grand Avenue.

Thank you and I look forward to seeing you on December 7th. If there are any questions, please feel free to call me.

Sincerely,

VINCENT HOLMES
Senior Staff Analyst
Countywide Criminal Justice Coordination Committee

**Working Together to Eliminate Gang Violence - Coordination, Collaboration & Communication**

# Certificate of Completion

## This document is to certify that

Alicia Hollins

## Has completed the GCF Global Learning class

Word 2002 (XP)

January 2, 2006

## Earning 0.8 Continuing Education Units



www.GCFLearnFree.org

Dennis N. McLain
President

Rick Thornton
Instructor

Goodwill Industries of Eastern North Carolina, Inc. | 4808 Chin Page Road, Durham, NC 27703

# Certificate of Completion

## This document is to certify that

Alicia Hollins

### Has completed the GCF Global Learning class

PowerPoint 2002 (XP)

January 23, 2006

### Earning 0.6 Continuing Education Units



www.GCFLearnFree.org

Orlando Irsula
Instructor

Dennis N. McLain
President

Goodwill Industries of Eastern North Carolina, Inc. | 4808 Chin Page Road, Durham, NC 27703

# Editor's Choice Award

Presented to

## *Alicia Hollins*

### *November 2005*

For Outstanding Achievement in Poetry

Presented by

poetry.com and the International Library of Poetry



poetry.COM
The International Library of Poetry

Howard Ely
Managing Editor

# ALICIA R. HOLLINS

## CERTIFICATES OF ACCOMPLISHEMENTS DURING INCARCERATION

### (PARTIAL LISTING)

| | | |
|---|---|---|
| Coastline Community College (Health 101) | 5 Credits | Year 2002 |
| Vocational Training Office Automation Course | Certificate | Year 2002 |
| The Persistence and Determination Award (for exceptional achievement and outstanding speed and accuracy.) | Certificate | Year 2002 |
| Keyboarding Skills Course  (70wpm) | Certificate | Year 2002 |
| G.E.D. Tutor Award for dedication and commitment in assisting students in passing the official G.E.D. test.) | Certificate | Year 2001 |
| Adult Continuation Instructor (A.C.E) Award for educating students in Career Opportunities in the Music Business, Song Writing and Publishing. | Certificates | Year 2001 Year 2002 |
| Special Aid Tutor Award for assisting students with learning disabilities | Certificate | Year 2000 |
| Vocational Training Office Assistant | Certificate | Year 2000 |
| Coordinator of Health Fair, Job Fair and CPR Course sponsored by the Victorville, CA Education Department | Volunteer | Year 2001 Year 2002 |
| Suicide Watch Initial Training Course | Certificate | Year 2001 |
| Suicide Watch Inmate Companion Award | Certificate | Year 2001 Year 2002 |
| Clothesline Project (awareness T-shirt program for battered women) | Volunteer | Year 2002 |
| Values Clarification Course | Certificate | Year 2001 |
| Anger Management Course | Certificate | Year 2001 |
| Mental Health from God's Perspective Course | Certificate | Year 1999 |



**RUSHARÉ**
Productions
A Christian Ministry

**RUTH DAVIS, Founder – President**

**SHAROLYN DAVIS-KING Vice President-Promotions**

**AMBASSADORS FELLOWSHIP**

**LOS ANGELES BIBLE TRAINING SCHOOL**

**CHILDREN EVANGELISM**

**INTERNATIONAL INTERNS**

**PASTOR NORRIL GUMBS ANGUILLA, BWI**

*DOROTHY THOMAS AND*

*FRIENDS(a ministry to*

*Veterans)*

**GENERAL INFORMATION PROMOTIONAL BOOKING**

(323) 295-9721
OR WRITE TO:

4157 4TH AVENUE
LOS ANGELES, CA
90008

www.rushare.com
rushare@aol.com

September 24, 2007

Ms. Erica Jackson

U. S. Probation Officer

111 N. La Brea Room, 209

Inglewood, CA 90301 – 4602

Dear Ms. Jackson:

I am inviting Alicia Hollins to accompany me, Ruth Davis, and my ministry outreach group "Mountain Climbers for Jesus" to Houston, Texas; Little Rock, Arkansas; and New Orleans Louisiana for a gospel concert tour in celebration of Veterans' Day.   We leave Los Angeles on November 2nd – returning November 12th. This gospel music tour gives us an opportunity to give glory and praise to our Lord and Savior, Jesus Christ as we honor our retired men and women in the United States Armed Forces.

We want to thank them for their service to our country and their unselfish sacrifice, gift of loyalty and dedication to us as American citizens.  This is our 11th Year in providing this activity for our troops and each year it has grown and now has become a great event for them to look forward to.

This year we are blessed will a special treat for them – because two of our youth, my daughter and grand-daughter will be joining us. I'm sure you can envision what a thrill it will be for the elderly in the hospitals and nursing homes when they look up and see our youth and those young smiling faces coming for a visit in praise and song.  This celebration is also a wonderful time of relaxation – with many opportunities for quite reflection and meditation as we travel.

I am proud of Alicia.  She has really proven herself to be worthy of a good and successful life.  She's really genuine and I see her efforts to contribute to the less fortunate.  I've witnessed her grow from the challenges she was faced with when our ministry first assisted her in Puerto Rico to her current victories over life's circumstances.  Many will benefit from her testimony.  I pray for your approval of this request and respectfully accept your decision to decline.

May God bless you richly in carrying out your responsibilities in the job you have to perform daily.

Sincerely,

Ruth Davis

President/Founder



464 East Walnut Street
Pasadena, CA 91101
626 / 795-7607
Fax: 626 / 795-7476
friendsoutsidela@earthlink.net

Los Angeles County

Martha Jane Dennis
*Founder*

Gerri Wagner
*Executive Director*

April 12, 2005

Dear Deputy Commissioner:

Sir, I am the Senior Case Manager for Friends Outside in Los Angeles County, Inc. I am writing to provide a recommendation for Alicia R. Hollins, a unique client who was referred to our offices by Gloria Stephens-Clark a representative of Mayor James K. Hahn.

Friends Outside- founded in 1974 in Los Angeles County is a 501 (c) (3) nonprofit organization serving as a bridge between families, inmates, and community, to break the cycle of crime. We service ex-offenders by assisting them in making a successful transition into society.

My role as Senior Case Manager is to interview each client to assess their needs and goals. More than 90% of inmates are released to the community in less than six years. At least 80% become repeat offenders unless rehabilitation and the opportunity for betterment are available.

Alicia Hollins has an upbeat attitude and amazing determination that seems contagious to every one she meets.

During my interview with Ms. Hollins, we reviewed all of the numerous Certificates of Completions and Awards that she was given throughout the course of incarceration for "being of service".

Ms. Hollins expresses the need to be an asset to the community and to make a positive change. I am very impressed with Ms. Hollins' sincere desire to "give back". Alicia Hollins is working with fervor to re-gain her place in society and refuses to contribute to the 80% of ex-offenders that return to prison.

Ms. Hollins has successfully passed both the Real Estate Principles and the CA Salesperson exam within 2 months. She has worked as a telemarketer at night in order to study for these exams with the goal of attaining a R.E. Salesperson License.

Commissioner, in consideration of my client's successful rehabilitation and continued growth, I feel comfortable and confident in saying that Alicia Hollins will be a positive contribution within the real estate industry if provided the "opportunity". Ms. Hollins is a part of the 10% who realize it takes hard work, integrity and perseverance to achieve success and has earned the right to "a second chance".

**Advisory Board**

The Hon. Michael D. Antonovich
*Supervisor, Los Angeles County*

The Hon. Cecilia A. Armstrong
*Judge, Middle, CA Court of Appeal*

Wajoha A. Bilal
*Executive Director*
*Suburban Correctional Ministries Peace*

The Hon. Paul Boland
*Assoc. Justice, CA Court of Appeal*

Debbie Crawford
*Director, L.A. County Probation*

Jackie Goldberg
*Colorado State Assembly member*
*45th District*

Brenda Ingram, L.C.S.W.
*Cavell Family Provision*

Sr. Suzanne Jabro
*Director Detention Ministry*
*Archdiocese of Los Angeles*

The Hon. Don Knabe
*Supervisor, Los Angeles County*

Mrs. Fredrick P. Lyte

The Hon. Dorothy W. Nelson
*Judge, U.S. Court of Appeal*

Edward James Olmos
*Actor / Artist*

Nai Pedrosian
*Regional Administrator*
*Department of Corrections, Parole*

Joyce Ride
*A Friends for Women Prisoners*

Al Scaduro
*Chief, Correctional Services Division*

Elizabeth Scaggs-Wilson
*Former Chief Deputy Commissioner*

Shanto Stricker
*Executive Director, L.A.C.E.R.*

The Rt. Rev. Chester L. Talton
*Bishop Suffragan*
*Episcopal Diocese of Los Angeles*

John R. Van de Kamp
*Attorney General, Retired*
*State of California*



Your decision in issuing a Sales Person License plays a crucial part to her future success.

If you have questions or need anything further, please feel free to contact me at: (323) 249-9683, ext. 101.

Sincerely,

Samuel Spicer, Jr.
Senior Case Manager-Friends Outside

cc: Alicia Hollins

Advisory Board

From the desk of
**Muna Deriane**

January 11, 2006

To Whom It May Concern:

This letter serves as a personal and professional recommendation in favor of granting Alicia Hollins a real estate salesperson license. My recommendation is based on nine (9) months of working very closely with Ms. Hollins on mortgage related matters. Ms. Hollins has demonstrated many talents during that time which will serve her well in this field. These skills include an extreme dedication to educating herself on the mortgage industry, outstanding customer service, and a very positive, yet determined attitude. Of her many favorable qualities, I am most struck by her personal integrity and ethical standards. It is very rare to find an individual who holds herself to such a high standard both in her personal life and in her career. This genuine concern has earned her the trust and confidence of the most difficult of clients, and establishes the groundwork for long-term relationships.

At a time when the mortgage industry is receiving governmental attention due to negligence and wrongdoing, I do not make this recommendation lightly. Ms. Hollins has proven to me that aside from being honest, she always goes the extra mile to act in the best interest of her clients. It is therefore my firmest belief that Alicia Hollins would be a great asset to the mortgage industry, and if granted her license will gain a stellar reputation as a knowledgeable, fair minded and honorable salesperson.

Please feel free to contact me at (310) 722-1972 should you require any further information.

Sincerely,

Muna Deriane
Real Estate Broker

# CENTRO MEDICO DOMINICANO
*"Ponga su salud en nuestras manos"*

Dr. ELISCHER GUZMA
Cardiologist
Dr. ALBERTO URENA
Internist
Dr. FLOR De La CADENA
Pediatrician
Dr. FANNÉ GOODMAN
Clinical Pharmacologist
Dr. MARTHA VALDIVIA
Geriatric Internist

*Lupe Felix*
*Deputy Commissioner*
*Department of Real Estate*
*320 West 4th Street, Rm 350*
*Los Angeles, CA. 90013*

*Dear Deputy Commissioner,*

*I am pleased to write this letter on behalf of Alicia Hollins. Alicia is a very reliable, trustworthy, devoted Christian, who is place on this earth to do good. I know Alicia extremely well. We were raised in the same household with the same values. These values are still in Alicia; I know her and I see these values still living in her. I would not have spent as much financial support or time with Alicia if she was not the wonderful person she is today.*

*I trust her not only with all I have, but I have recommended my friends and colleagues to her as well.*

*It will serve her community well if she (by your Grace) is given the opportunity to again become a gainfully employed contributing citizen in the field she has chosen. Alicia is not a gamble on your part. I personally know you will not regret it. You may call upon me if at anytime you feel she is not the BEST.*

*Thank you for your time.*

*Sincerely,*

*Dr. Fanne Goodman*

629 West 185th Street, New York, NY 10033. **Tel:** (212)928-3900, **Fax:** (212)795-0470

Selah Women's Ministries
P.O. Box 12037
Marina del Rey, CA 90292

Lupe Felix
Deputy Commissioner
Department of Real Estate
320 West 4th Street, Room 350
Los Angeles, CA 90013

December 6, 2006

### RE: ALICIA HOLLINS - 106-0425-014

Dear Ms. Felix,

I have had the privilege of knowing Alicia Hollins for two-years. Our meeting came as a result of our membership to the same church. We both were apart of an outreach ministry that focused on re-entry services for men and women exiting prison. It was at this time that I was able to witness the high-level of technical skills, enthusiasm, and responsibility in which Alicia possesses. At the same time, I also witnessed a woman who is spiritual, compassionate and trustworthy, and carries out her commitments with vigor and resolve.

In writing you this recommendation, I hope to persuade you of one thing: to review Ms. Hollins application with interest. She is a rare find. If you need to contact me, please call 323. 293-4618. I am happy to answer any concerns.

Sincerely,

*Gail Blackwell*

Gail Blackwell, President
Selah Women's Ministries

Mr. David Juarez
U.S. Probation Office
P.O. Box 61207
Houston, TX 77208-1207


Dear Mr. David Juarez:

I am writing to provide a recommendation for Alicia R. Hollins, a unique client who was referred to our offices by Gloria Stephens-Clark a representative of Mayor James K. Hahn.

Friends Outside- founded in 1974 in Los Angeles County is a 501 (c) (3) nonprofit organization serving as a bridge between families, inmates, and community, to break the cycle of crime.  We service ex-offenders by assisting them in making a successful transition into society.

My role as Senior Case Manager is to interview each client to assess their needs and goals. More than 90% of inmates are released to the community in less than six years. At least 80% become repeat offenders unless rehabilitation and the opportunity for betterment are available.

 Alicia Hollins has an upbeat attitude and amazing determination that seems contagious to every one she meets. During my interview with Ms. Hollins, we reviewed all of the numerous Certificates of Completions and Awards that she was given throughout the course of incarceration for "being of service".

Ms. Hollins expresses the need to be an asset to the community and to make a positive change. I am very impressed with Ms. Hollins' sincere desire to "give back". Alicia Hollins is working with fervor to re-gain her place in society and refuses to contribute to the 80% of ex-offenders that return to prison.

Ms. Hollins has successfully passed both the Real Estate Principles and the CA Salesperson exam within 2 months. She has worked as a telemarketer at night in order to study for these exams with the goal of attaining a R.E. Salesperson License. (Keeping in mind the estimated study time for the Sales Exam is around 60 hrs and the failure rate on the State Exam for all applicants statewide is consistently around 50%)—it is obvious that Ms. Hollins is serious.

Part of her motivation is her deep concern for her Mother-who has been recently diagnosed with Chronic Heart Disease and the beginning stages of Alzheimer's disease.  Alicia would like to be able to take care of her mother and be able to provide proper treatment and care for her. Therefore, Ms. Hollins told me that she had to find a career that would enable her freedom and opportunity to legally make a substantial income- and also taking into consideration her age and time away while incarcerated. The company Ms. Hollins is working for has opened the door for her to become a Loan Officer. Ms. Hollins is doing everything that is required; however, she is still somewhat limited. Her supervised released court order of 5 years is restricting her from being all that she can become within the real estate industry.

Mr. Juarez, I feel comfortable and confident in saying that Alicia Hollins is completely rehabilitated and has already become a positive contribution within the community. She is an extremely responsible individual and a pioneer. Ms. Hollins is a part of the 10% who realize it takes hard work, integrity and perseverance to achieve success and has earned the right to complete freedom.

Your decision in recommending Alicia Hollins to be released from supervision will play a crucial part to her future success. If you have questions or need anything further, please feel free to contact me at: (323) 249-9683, ext. 101.


Sincerely,



Samuel Spicer, Jr.
Senior Case Manager-Friends Outside


cc: Alicia Hollins

**SL///TECH**
SCHOOL•LINK TECHNOLOGIES

P.O. Box 2410
Santa Monica, CA 90407-2410

310-656-6840 | 800-423-2113 | FAX: 310-656-6845

December 6, 2006

To the Real Estate Licensing Board:

My name is Dedra Dixon and I'm writing on behalf of Alicia Hollins. As a Product
Manager for local Software Company in Los Angeles, I have run across many people in
my professional career and I consider my meeting with Ms. Hollins as a highlight of my
career. Through our meet, I have had the opportunity to know her both professionally
and personally and I'm truly honored to be able to speak on her behalf.

Having the opportunity to work with Ms. Hollins I have been able to see first hand her
selflessness in aiding people to achieve their best. Whether it's a simple email that
uplift's your spirits or a business contact that provides the missing link for helping you
achieve your professional goals, Ms. Hollins gives 100% of her time, efforts and
knowledge to assist all those she encounters. Ms. Hollins has not only helped me to
overcome personal obstacles but she has also helped me to achieve professional success
resulting in my recent promotion as Product Manager earlier this year. Without her
sound professional advice, her words of encouragement and her business savvy, I can
confidently say my success would not have come as quickly as it has.

I know you have probably received countless letters speaking on Ms. Hollins character
and I hope that all those words will resonate in your thoughts as you make your decision
to grant her a Real Estate license. In addition, I would like to offer some advice if you
have any doubts about her character; before making a decision that would adversely
affect all the countless people that would have benefited from her services, please contact
Ms. Hollins personally and meet with her, talk to her, understand and know her like I do
and I assure you that your decision will be sure and correct.

Should you have any questions or want any further information, please do not hesitate to
call me as I am more than willing to do what I can to see Ms. Hollins is successful in all
that she endeavors.

Respectfully,

Dedra Dixon
dedrad@myLunchMoney.com
1-800-423-2113 ext 8967

THE LAW OFFICE OF

## JAY WOLF UNGERMAN

8117 Long Canyon Drive
Austin, Texas 78730
Tel/Fax: 512-241-1821

April 18, 2005

Dear Deputy Commissioner:

I have practiced law in Texas for over forty years and have seen the gamut of individuals in all kinds of circumstances. It is my opinion that Alicia Hollins is a Person that has been down to the bottom, but with hard work, drive and determination can make it back to the top.

So many ex-felons fail, this woman will not. She is a single black female who has an unbelievable drive, caring personality and every reason to succeed if given the opportunity. The papers are full of what happens to ex-felons after they come back into society, they are blocked from jobs, not given opportunities and suffer greatly. This woman will not fail, I believe she will give to the community and be a role model we can all be proud of. The right thing to do is to give her the opportunity and watch her excel.

I am writing to you to recommend Alicia Hollins.

Sincerely,

Jay W. Ungerman

Francheasca Roberson
14700 SE Petrovitsky RD.
H-201
Renton, WA  98058

National Board of Realtors
Los Angeles, CA

To Whom It May Concern:

This letter is a personal reference for Alicia Hollins who I have known all of my life. To grant her a real estate salesperson license would be a gift to anyone who would be fortunate enough to cross her path.  My recommendation comes from forty-three (43) years of growing up in a very close knit family environment with Alicia. All of Alicia life she has demonstrated a sincere desire to be of service, from gospel singer to director of a non-profit organization--Alicia has always worked on giving back. This character trait alone would be a great asset in the field of real estate. Very rarely do you find a person with the integrity and commitment to volunteer and actually offer help when their own personal situation is in need of assistance.  Alicia has always dedicated herself to finding ways to provide opportunities for others.  Granting her a real estate license would provide her the best platform to continue being of service.  Alicia has shown true desire and determination as demonstrated in her passing the real estate exam.  That alone shows that she has what it takes to complete what she sets out to accomplish, coupled with her personal commitment to assisting others can do nothing but provide outstanding results.

If you need more recommendations I would ask that you meet Alicia and speak to her personally, I am confident that after meeting her you will be able to see that she possesses a sincere desire for a second chance and to make a positive impact in the community.  It is this quality that has made me most proud to call her sister and friend.

Please feel free to contact me at (713) 252-1298 should you require any further information.

Sincerely,

Francheasca Roberson

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
PROBATION OFFICE

LORETTA S. MARTIN
CHIEF PROBATION OFFICER

600 U. S. COURTHOUSE
312 N. SPRING STREET
LOS ANGELES 90012-4708

September 7, 2006

PLEASE REPLY TO:

ONE LA BREA PLAZA
111 N. LA BREA AVE.
SUITE 209
INGLEWOOD, CA 90301-4602

Ms. Alicia Hollins
758 E. 75th St.
Los Angeles, CA 90001

Re:     **Docket No. 98-00305**
        **Officer Reassignment**

Dear Ms. Hollins:

As a result of your favorable adjustment while on supervision, your case has been transferred from USPO Armstrong to a low intensity caseload.

Your conditions of supervision have not changed. You are still required to submit written monthly reports by the **FIFTH** day of each month. These reports should be placed in the mail on the **FIRST** day of the month, along with proof of income, i.e., copies of paychecks or stubs, bank statement and any financial payment, if required.

You may also be requested to submit to random urinalysis, and if you have an outstanding financial obligation, you are required to complete a financial statement every six (6) months and/or submit copies of your income tax returns, if deemed necessary.

*Please contact Erica Jackson at (310) 431-1164 to confirm receipt of this letter.* Your continued cooperation is greatly appreciated.

Sincerely,

PAUL PARSONS, Supervising
U. S. Probation Officer
Telephone No. (310) 215-2059

PP:enj